435 A.2d 911

Commonwealth v. Cuno, Jr., Appellant.

Petition for Allowance of Appeal Denied Dec. 3, 1981.

Argued December 4, 1980. Nelson J. Sack, for appellant; Kristine F. Hughey, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.